**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LAVEAL MCGHEE, #37135**                                                                 **PETITIONER**

**v.**                        **No. 4:04CV367-D-B**

**DONALD CABANA, ET AL.**                                                 **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice as untimely filed under 28 U.S.C. § 2244(d) and for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 18th day of July, 2005.

                                                                          /s/ Glen H. Davidson
                                                                          CHIEF JUDGE